THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Ivelaw P. Jones,       
Respondent,
 
 
 

v.

 
 
 
State of South Carolina,       
Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Dorchester County
Luke Brown, Jr., Trial Judge
R. Markley Dennis, Jr., Post-Conviction 
 Judge

Memorandum Opinion No. 2004-MO-002
Submitted December 4, 2003 - Filed January 
 15, 2004

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Chief, Capital and Collateral Litigation, 
 Donald J. Zelenka, Assistant Deputy Attorney General B. Allen Bullard, Jr., 
 Assistant Attorney General David A. Spencer, all of Columbia, for Petitioners.
Assistant Appellate Defender Robert M. Pachak, of 
 Columbia, for Respondents.
 
 
 

PER CURIAM:  This Court granted certiorari 
 to review the granting of post-conviction relief for Respondent.  After careful 
 consideration, we dismiss certiorari as improvidently granted. 
DISMISSED.

 
 
    s/Jean
 H. Toal                                      
 C.J.
 s/James E. Moore                                   
 J.
 s/John H. Waller, Jr.                                 
 J.
 s/E. C. Burnett, III                                      
 J.
 s/Costa M. Pleicones                              
 J.